IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 5/7/2015 |
| vs. | : | |
| | : | |
| KEISHA REGUSTERS | : | |
| 1310 E. Johnston Street, Apt. B-204 | : | |
| Philadelphia, PA 19138 | : | Criminal No. 14-596-6 |

# NOTICE

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Tuesday, August 11, 2015** at **4:15 P.M.** before the Honorable **William H. Yohn, Jr.**, in Courtroom **14B**, **14th** floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. **No further continuances will be granted unless requested, in writing, at least forty-eight hours prior to the time of the proceeding.**

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

Very truly yours,

Andrew J. Follmer for Thomas J. McCann
Deputy Clerk to Judge William H. Yohn, Jr.

Notice to:
Defendant
Thomas O. Fitzpatrick, Esquire
Mary E. Crawley, A.U.S.A.
Paul W. Kaufman, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Larry Bowman

Cr 4 (rev. 8/97)